# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ELAINE MAHAN, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION 09-00535-KD-B |
| MOBILE HOUSING BOARD, | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 24, 2010, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the Defendant's motion to dismiss is **DENIED**.

**DONE** and **ORDERED** this the **12th** day of **July 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**