**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ELAINE MAHAN,** | **)** | |
| **Plaintiff,** | **)** | |
| **v.** | **)** | **CIVIL ACTION 09-00535-KD-B** |
| | **)** | |
| **MOBILE HOUSING BOARD,** | **)** | |
| **Defendant.** | **)** | |

# JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant, the Mobile Housing Board, as to all of the Plaintiff's claims.

**DONE** and **ORDERED** this the **22nd** day of **March 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**